

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| FRANCISCO VALLES, | § | No. 08-18-00061-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02069) |
| | § | |

## **O RDER**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 19, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BECONSIDERED BY THIS COURT.

It is further ORDERED that Natalie Martinez, Official Court Reporter for the 409th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before August 19, 2018.

IT IS SO ORDERED this 24th day of July, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.